# IN THE SUPREME COURT OF THE STATE OF NEVADA

RALPH FOSTER JACKSON, JR.,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 69669

FILED

MAR 2 1 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion for leave of court. Eighth Judicial District Court, Clark County; David B. Barker, Judge.

Because no statute or court rule permits an appeal from the aforementioned decision, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

---

[1]In light of this order, we deny as moot the pro se letter requesting appointment of counsel.

cc: Hon. David B. Barker, District Judge
Ralph Foster Jackson, Jr.
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

2